IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-23105 |
| Michael T Grant | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Donald R Cassling |

AMENDED NOTICE OF MOTION

To: Michael T Grant, 225 Payson St. Hoffman Estates, IL 60169 *via US Mail*

Tom Vaughn, Chapter 13 Trustee *notice via ECF delivery system*

The United States Trustee *notice via ECF delivery system*

Heavner, Scott, Beyers & Mihlar, LLC, Heather M Giannino for JP Morgan Chase

111 East Main Street, Suite 200, Decatur, IL 62523 *via US Mail*

U.S. Bank Home Mortgage, a division of U.S. Bank National Association, 4801

Frederica Street, Owensboro, Kentucky 42301 *via US Mail*

*See attached service list*

On August 8, 2019 at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Donald R Cassling or any other Bankruptcy Judge presiding at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604, and shall present the **AMENDED MOTION TO USE SELL OR LEASE PROPERTY 363(b)**, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before August 7, 2019.

/s/ *David H. Cutler*
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  18-23105 |
| Michael T Grant | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Donald R Cassling |

## AMENDED MOTION TO USE SELL OR LEASE PROPERTY 363(b)

NOW COMES, the Debtor, Michael T Grant (hereinafter referred to as "DEBTOR"), by and through his Attorneys, Cutler and Associates, Ltd., and moves this Honorable Court for entry of an Order Authorizing the Debtor to Use Sell or Lease the Property 363(b), and in support thereof, respectfully represent as follows:

1. On August 16, 2018 the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor's Chapter 13 plan was confirmed by this Honorable court on October 4, 2018.

3. The confirmed plan calls for a monthly payment schedule as follows, $380.00 per month for 20 months, $630.00 per month for 4 months and $755.00 per month for 36 months, with general unsecured creditors receiving 100% of their timely filed or allowed claims.

4. The Debtor wishes to sell his real property located at 225 Payson St., Hoffman Estates, Il 60169.

5. The Debtor has entered into a contract for the sale of the Property, for the amount of $235,000.00.

2

6. Per the real estate contract, the closing for this real estate transaction is set to take place on August 15, 2019.

7. The Debtor's real estate property is encumbered with a first mortgage to US Bank Home Mortgage, the approximate total loan amount is $207,033.08.

8. The Debtor's real estate property is encumbered with a second mortgage to US Bank Home Mortgage, the approximate total loan amount is $3,416.54.

9. The automatic stay has not yet been lifted from the property.

WHEREFORE, DEBTOR prays that this Honorable Court enter an order allowing the Debtor to Use Sell or Lease the Property 363(b) located at, 225 Payson St., Hoffman Estates, Il 60169.

Respectfully submitted,

By: /s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600