UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-23105 |
| Michael T Grant | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO USE SELL OR LEASE PROPERTY 363(b)

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to USE SELL OR LEASE PROPERTY 363(b); the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1.  That Debtor's Motion USE SELL OR LEASE PROPERTY 363(b) located at  225 Payson St. Hoffman Estates, IL 60169  is hereby granted.

2.The mortgage liens, the first lien with a loan number ending in 1166 and the second lien with a loan number ending in 0259, held by U.S. Bank National Association, shall both be paid in full at closing pursuant to a proper payoff letters or, in the event of a short-sale, payoffs will be subject to U.S. Bank National Association., short-sale approval.

3. The Debtor shall make adequate protection payments to U.S. Bank National Association until the completion of the sale and the sale shall be completed within six months from the entry of this order which permits the Debtor to sell the property located at 225 Payson St. Hoffman Estate, IL 60169.

4. Debtor will provide the Trustee with a complete copy of the closing statement within 10 days of closing.

5. Debtor shall be paid the first $15,000 as his homestead exemption.

6. Any proceeds in excess of Debtor's homestead exemption shall be paid to the Chapter 13 Trustee to be applied to Debtor's plan base.

7. In the event proceeds exceed Debtor's plan base, Debtor may payoff his plan base and retain all remaining proceeds.

Enter:    *Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated:  August 08, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600